Facility:   Idaho Maximum Security Institution

**Idaho Department of Correction**
1299 N. Orchard, STE 110
Boise, Idaho 83706
(208) 658-2056
Fax: (208) 327-7455



# AGREEMENT ON DETAINERS
## *Offer to Deliver Temporary Custody*
(IAD Form IV)

To:  **Federal Bureau of Investigation**
877 West Main St. #404
Boise, ID 83702
Attn: SA Ryan O'Neil
(208) 344-4875

Date:  June 5, 2019

And to all other prosecuting officers and courts or jurisdiction(s) listed below from which indictments, information or complaints are pending.

| RE: | Offender's Commitment Name (Last, First, MI) | Idaho DOC Number |
|---|---|---|
| | WOODLAND, MARK DAVID | 93920 |

Your Case(s) Identifiers, Alias, Other:   Case # 1:19-CR-00158-DCN

Charge(s): Attempted Murder and Assault with a Dangerous Weapon in aid of racketeering

Dear Sir:
Pursuant to the provisions of the Agreement on Detainers between Idaho and your state, the undersigned hereby offers to deliver **temporary** custody of the above-named prisoner to the appropriate authority in your state in order that speedy and efficient prosecution may be had of the indictment, information or complaint which is described in the attached inmate's request.

The required Certificate of Inmate Status is enclosed.

If proceedings under Article IV(d) of the Agreement are indicated, an explanation is attached.

Indictments, information or complaints, charging the following offenses are also pending against the inmate in your state, and you are authorized to transfer the inmate to custody of the appropriate authorities in these jurisdictions for purposes of disposing of these indictments, information or complaints.

OFFENSE                                   OTHER PROSECUTING OFFICES
                                          COUNTY/OTHER JURISDICTION

_____
*Cindy McDonald*
Signature of Detainer Coordinator

DISTRIBUTION: _____Filing Agency  ✓ Court Clerk _____Inmate Central File _____Offender _____Other
(IAD FORM IV 8/24/06)

Facility:    Idaho Maximum Security Institution                                    Detainer Log: 0519094

**Idaho Department of Correction**
1299 N. Orchard St. STE 110
Boise, Idaho 83706
(208) 658-2056
Fax: (208) 327-7455

# CERTIFICATE OF INMATE STATUS
(IAD Form III)

To:    Federal Bureau of Investigation                             Date:    June 5, 2019
       877 West Main St. #404
       Boise, ID 83702
       ATTN:  SA Ryan O'Neil
       (208) 344-4875

| Offender's Commitment Name (Last, First, MI) | Idaho DOC Number |
|---|---|
| WOODLAND, MARK DAVID | 93920 |
| AKA: | |

**The Idaho Department of Correction hereby certifies:**

Sentence(s):    Aggravated Battery; Grand Theft

Time Already Served:    07/27/2009            Good Time Earned:    N/A

Parole Eligibility Date:    02/17/2024        Discharge Date (If Applicable):   12/19/2051

Decision of Idaho Commission of Pardons and Parole: Parole Hearing – August 2023

_Cindy McDonald_
Signature of Detainer Coordinator

DISTRIBUTION: ____Filing Agency ✓ Court Clerk____Inmate Central File____Offender____Other

(IAD FORM III REVISED 8/24/06)

# DETAINER
## AGAINST SENTENCED PRISONER
## BASED ON PENDING FEDERAL CRIMINAL PROCEEDINGS

*(Requesting Agency - Return Address, Phone Number & Point of Contact)*
FBI, 877 West Main #404, Boise, ID 83702

*Please print the name and address of Dentention Facility*

TO: IDOC
1099 North Orchard Street
Boise, ID 83706

DATE: 05/22/2019
SUBJECT: Mark David Woodland
AKA: Woody
DOB/SSN: 10/31/1970
REF. # 93920
USMS #: _____
CR #: 1:19-cr-00158-DCN

Please accept this Detainer against the above-named subject who is a sentenced prisoner currently in your custody. The United States District Court for the District of Idaho has federal criminal proceedings against the named defendant, based on the followng offense(s):

> 18 USC 1959(a)(3), (a)(5), and 18 USC 2, Attempted Murder and Assault with a Dangerous Weapon in aid of racketeering

Prior to releasing the prisoner from custody, please notify the above indicated office immediately, so we can assume custody of the prisoner. If you transfer the prisoner to another facility, forward this detainer to the receiving facility and notify the above indicated office immediately.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act (IADA) apply to this detainer. Under the IADA, upon the federal government charging a sentenced prisoner with violations of federal law, the prisoner has a right to speedy trial. Therefore, notify the aforementioned prisoner about this detainer and his/her right to speedy trial, by reading the below statement to the prisoner, and/or providing it to the prisoner, and require the prisoner to sign the acknowledgment.

### Advisement

You are hereby advised, on the following date, 5/31/19, the federal government filed a detainer against you based upon federal criminal charges filed in the U.S. District Court for the District of Idaho. You are hereby advised you have the right to demand a speedy trial under the Interstate Agreement on Detainers Act (IADA). Under the IADA, you have the right to be tried within 180 days after you provide written notice requesting final disposition of the charges against you to the U.S. Attorney's Office for the District of Idaho and the U.S. District Court. Because the 180 day time limit may be tolled by virtue of delays attributable to you, you should periodically inquire with the U.S. Attorney's Office and the District Court to determine if both received your written notice. The 180 day limit does not commence until your written notice is delivered to the U.S. Attorney's Office and the District Court. If you have any questions regarding the provisions of the IADA, contact your attorney or the U.S. Attorney for the District of Idaho.

I delivered a copy of this detainer to the prisoner and read to him/her the aforementioned advisement or provided the prisoner the document and the prisoner read the advisement.

Signature: _____ Title: Technical Records Specialist Date: 5/31/19

### Prisoner Acknowledgment

I read the advisement, or it was read to me, notifying me a detainer was lodged against me and I have the right to demand speedy trial on the charge(s). I do [X] or do not ___ demand a speedy trial on the charge(s). I understand if I do request speedy trial, this written notice will be delivered to the United States Attorney's Office, who filed the charges. I understand my right to a speedy trial under the IADA is the right to be brought to trial within 180 days after the United States Attorney's Office and the U.S. District Court receive my written notice. I understand the 180 day time limit may be tolled by any delays attributable to me; therefore, I must periodically contact the United States Attorney's Office and the U.S. District Court to determine if both received my written notice. I understand if I do not demand a speedy trial at this time, any time hereafter, I may demand speedy trial by submitting written notice as previously described.

Prisoner Signature: _____ Date: 5-31-19

Prisoner Printed Name: Mark Woodland

Witness: _____

### Facility Acknowledgment

Please acknowledge receipt of this detainer by completing the below receipt box and returning a complete copy of this detainer to the office indicated at the beginning of the detainer. Additionally, if the prisoner demanded speedy trial, mail the completed detainer, along with a Certificate of Inmate Status, by registered or certified mail to the following two addresses:

United States Attorney Office
Attention Criminal Chief
Washington Group IV
800 Park Blvd., Suite 600
Boise, Idaho 83712

United States Court, District of Idaho
Attention Docketing Clerk
550 West Fort Street, Suite 400
Boise, ID 83724

| | |
|---|---|
| Date: 05/22/2019 | Filing Agency Representative |
| Signed: _____ | |
| By: Douglas Hart | _____ |
| Title: SSRA | _____ |

Reset Form